## MEMORANDUM ENDORSED



Joseph H Mizrahi  – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Jmizrahi@mizrahikroub.com
www.mizrahikroub.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2022

March 22, 2022

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Tavarez v. No Chewing Allowed, Inc.*; Case No. 1:21-cv-09844

Dear Judge Woods:

We represent plaintiff Victoriano Tavarez ("Plaintiff") in the above-referenced action. We submit this letter requesting an adjournment of the initial conference set for March 29, 2022, at 12:30 p.m. Defendant's answer was due January 27, 2022, and has yet to appear.  Plaintiff has just obtained a Certificate of Default from the Clerk of the Court as to Defendant, No Chewing Allowed, Inc., and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.  Therefore, Plaintiff requests 30 days in which present the Court with an Order to Show Cause for default judgment if Defendant fails to appear.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Joseph H Mizrahi*
JOSEPH H MIZRAHI

cc:   All Counsel of Record (via ECF)

Plaintiff's request to adjourn the pre-trial conference scheduled for March 29, 2022 is granted.  The initial pre-trial conference is adjourned *sine die*.  If Plaintiff has not filed a motion for default by April 20, 2022, Plaintiff should file a status update by that date.

Plaintiff is ordered to serve a copy of this order on Defendant.

SO ORDERED.

Dated: March 23, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge