USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CARMEN TAVARZ-VARGAS, *Individually, and on behalf of all other similarly situated*,

                                     Plaintiff,

-v -

NO CHEWING ALLOWED INC.,

                                     Defendant.
---------------------------------------------------------------X

1:21 -cv-9844-GHW

ORDER

GREGORY H. WOODS, District Judge:

On March 23, 2022, the Court ordered Plaintiff to file a status update by April 20, 2022 if Plaintiff had not moved for default judgment by that date. Plaintiff has not moved for default judgment, nor has Plaintiff filed a status update. Accordingly, Plaintiff is ordered to file a status update forthwith, and in no event later than April 26, 2022.

    SO ORDERED.

Dated:  April 22, 2022
New York, New York

                                                  GREGORY H. WOODS
                                                 United States District Judge